1
2
3
4
5
6
7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JODEE GARRETT,

11            Plaintiff,                    No. CIV S-06-1904 DFL EFB P

12       vs.

13   JAMES WALKER, et al.,

14            Defendants.                   <u>AMENDED ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel *in forma pauperis* in an action

17   against prison officials for civil rights violations. <u>See</u> 28 U.S.C. § 1915(a). This proceeding was

18   referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28

19   U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).

20   Plaintiff has been assessed an initial payment of $4. Thereafter, plaintiff must make monthly

21   payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C.

22   § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from

23   plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10

24   until the filing fee is paid.

25   ////

26   ////

1    The Clerk of the Court shall serve a copy of this notice and a copy of plaintiff's *in forma*
2 *pauperis* application upon the Director of the California Department of Corrections and deliver a
3 copy of this notice to the Clerk's financial division.
4    So ordered.
5 Dated: August 30, 2006.

                                   _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

8 \garr1904.ord to cdc - ini pymnt