IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, Sr.,

    Plaintiff,                    No. CIV S-06-1904 DFL EFB P

    vs.

JAMES WALKER, et al.,

    Defendants.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983.  On August 30, 2006, the court directed plaintiff to file an amended complaint.  On September 14, 2006, plaintiff filed a first-amended complaint.

      The amended complaint, for purposes of the initial screening, states cognizable claims for relief against all defendants. pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

      Accordingly, it hereby is ordered that:

      1. Service is appropriate for defendants Rustad, Naramore, Saldonna, Cortes, James Walker, Minor, Garcia, Mareno, Vance and Neis.

      2.  The Clerk of the Court shall send plaintiff 11 USM-285 forms, one summons, an instruction sheet and one copy of the September 14, 2006, pleading.

1   3. Within 30 days from service of this order, plaintiff shall complete the attached Notice
2   of Submission of Documents and submit it to the court with the completed summons and USM-
3   285 forms and 12 copies of the endorsed September 14, 2006, pleading.
4   4. Upon receipt of the necessary materials, the court will direct the United States
5   Marshal to serve defendants Rustad, Naramore, Saldonna, Cortes, James Walker, Minor, Garcia,
6   Mareno, Vance and Neis pursuant to Federal Rule of Civil Procedure 4 without payment of
7   costs.
8   Dated: September 25, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\garr1904.svc ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, Sr.,

     Plaintiff,                    No. CIV S-06-1904 DFL EFB P

    vs.

JAMES WALKER, et al.,

     Defendants.               <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                             /

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         <u> 1 </u>     completed summons form

         <u> 11 </u>    completed forms USM-285

         <u> 12 </u>    copies of the <u>September 14, 2006</u>
                                     First Amended Complaint

Dated:

                                                      Plaintiff