IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, Sr.,

      Plaintiff,                      No. CIV S-06-1904 DFL EFB P

      vs.

JAMES WALKER, et al.,

      Defendants.               ORDER

                              /

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request a five-day extension of time to file and serve a reply to plaintiff's opposition to their motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Defendants' January 16, 2007, request is granted and defendants have five days from the date this order is served to file a reply to plaintiff's opposition to their motion to dismiss.

      So ordered.

Dated: January 24, 2007.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE