IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, Sr.,

    Plaintiff,                    No. CIV S-06-1904 DFL EFB P

  vs.

JAMES WALKER, et al.,

    Defendants.             ORDER

      Defendants Rustad, Naramore, Saldana, Cortes, Walker, Minor, Garcia, Moreno, Vance and Nies move to modify the schedule made February 26, 2007. They request more time to respond to discovery requests plaintiff served on March 26, 2007.

      A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order discovery closed May 14, 2007. Defendants assert that plaintiff served each defendant with requests for admissions, interrogatories and requests for production of documents. They cannot timely respond because counsel repeatedly has been out of the office for the last six weeks working on other cases. Furthermore, counsel has not been able to reach two defendants to complete and verify their responses because they have been on vacation.

1   The court finds that the time for defendants to respond to the discovery requests served
2 March 26, 2007, should be extended and the schedule modified accordingly. Therefore,
3 defendants have 10 days from the date this order is signed to serve responses to those requests.
4 The February 26, 2007, schedule otherwise remains in force.
5   So ordered.
6 Dated: May 21, 2007.

  _____
  EDMUND F. BRENNAN
  UNITED STATES MAGISTRATE JUDGE