IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, SR.,

        Plaintiff,                     No. CIV S-06-1904 RRB EFB P

    vs.

JAMES WALKER, et al.,

        Defendants.          ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff moves to modify the February 26, 2007, scheduling order.

       A schedule may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Pursuant to the scheduling order discovery closed June 1, 2007, and dispositive motions must be filed no later than July 27, 2007.

       Plaintiff asserts he could not timely complete discovery because on May 21, 2007, the court granted defendants' request for an extension of time to serve responses to plaintiff's discovery requests. Thus, defendants did not have to serve responses to plaintiff's requests until May 31, 2007, and plaintiff did not receive responses until June 16, 2007. Plaintiff asserts that

the responses defendants served "are incomplete and require further discovery," but granting the extension consumed his time to complete discovery. The court construes plaintiff's request as one to modify the schedule to permit him to file a motion to compel. *See* Fed. R. Civ. P. 37. The court finds that plaintiff has demonstrated he was unable timely to file a motion to compel despite the exercise of due diligence.

Accordingly, it hereby is ORDERED that:

1. Plaintiff's July 5, 2007, request is granted;

2. Plaintiff has 15 days from the date of this order to file and serve a motion to compel pursuant to Fed. R. Civ. P. 37; and

3. Time for filing dispositive motions is extended until August 27, 2007.

Dated: July 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE