IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, SR.,

        Plaintiff,                    No. CIV S-06-1904 RRB EFB P

     vs.

JAMES WALKER, et al.

        Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to the defendants' August 27, 2007, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's September 13, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' August 27, 2007, motion for summary judgment.

      So ordered.

DATED: September 27, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE