IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, SR.,

        Plaintiff,              No. CIV S-06-1904 RRB EFB P

    vs.

JAMES WALKER, et al.,

        Defendants.        <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42 U.S.C. § 1983.  On January 24, 2008, plaintiff filed a motion requesting that this court impose sanctions on defendants for their alleged violation of a discovery order.  Defendants have not responded to that motion.

    Accordingly, it is ORDERED that within 15 days of the date of this order, defendants shall file and serve an opposition or a statement of no opposition to plaintiff's January 24, 2008, motion.  Failure to comply with this order will result in a finding that defendants have no opposition to the granting of plaintiff's motion.

Dated:  March 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE