IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, SR.,

      Plaintiff,                          No. CIV S-06-1904 JAM EFB P

    vs.

JAMES WALKER, et al.,

      Defendants.            ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the September 14, 2006, first amended complaint. Currently before the court is plaintiff's January 24, 2008, motion for discovery sanctions which argues that defendants disobeyed an order of this court directing defendants to respond to discovery requests. *See* Fed. R. Civ. P. 37(a)(2)(B). For the reasons explained below, plaintiff's motion is denied.

       On July 24, 2007, plaintiff filed a motion to compel requesting an order directing all defendants to produce, *inter alia*, documents relating to prisoners having different administrative classifications within the California Department of Corrections and Rehabilitations and when they were permitted to come into contact with each other. On November 9, 2007, the court granted the portion of the request seeking production of the above-described documents. The

1  court gave defendants Rustad, Naramore, Saldana, Cortes, Walker, Morena, Vance and Nies 30
2  days to produce the documents. In their opposition to plaintiff's motion for sanctions,
3  defendants assert that they have produced the documents. Attached to their opposition are a
4  copy of an amended discovery response dated December 5, 2007, and about 20 pages of
5  documents, which defendants assert they served on plaintiff. Plaintiff does not argue that these
6  documents are not responsive to his requests. Thus, there is no basis for finding that defendants
7  have disobeyed this court's order directing them to respond to plaintiff's discovery requests.
8  Plaintiff's motion must be denied.

9  Accordingly, it hereby is ORDERED that plaintiff's January 24, 2008, motion to compel
10 and for discovery sanctions is denied.

11 Dated: May 13, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE