IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRETT, SR.,

     Plaintiff,                    No. CIV S-06-1904 JAM EFB P

    vs.

JAMES WALKER, et al.,

     Defendants.            ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff and defendants have filed objections to the findings and recommendations. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

1     Defendants' objections argue that the magistrate judge erroneously failed to
2 address the summary judgment arguments on behalf of defendants Rustad, Narramore, Saldana
3 and Cortes.  The problem with this objection is that the brief in support of defendants' motion
4 makes no such arguments.  Instead, defendants attempt to do so, in the first instance, by way of
5 objections to the magistrate judge's findings and recommendations.  This practice fails to comply
6 with Local Rule 78-230(m).  The fact-specific arguments of why these particular defendants are
7 entitled to summary judgment that counsel now asserts in the objections should have been
8 included in the brief in support of the motion for summary judgment, and plaintiff should been
9 afforded an opportunity to respond to those argument.  Thus, the court adopts the February 26,
10 2008, findings and recommendations in their totality.  However, in the interest of avoiding what
11 may be an unnecessary trial, this order is without prejudice to defendants Rustad, Naramore,
12 Saldona and Cortez to submit a properly briefed motion for summary judgment within thirty
13 days.
14     Accordingly, IT IS HEREBY ORDERED that:
15     1. The findings and recommendations filed February 26, 2008, are adopted in
16 full;
17     2. The August 27, 2007, motion for summary judgment filed on behalf of Walker,
18 Minor, Garcia, Moreno, Vance and Neis is granted; and
19     3. Within 30 days of the date this order is signed, defendants Rustad, Naramore,
20 Saldona and Cortez shall file a motion for summary judgment.  If they do not, the court will
21 make a schedule for pretrial proceedings.
22 DATED:   9/24/2008

          /s/ John A. Mendez
          UNITED STATES DISTRICT JUDGE