IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JODEE GARRET, SR.,

    Plaintiff,                                    No. CIV S-06-1904 JAM EFB P

    vs.

JAMES WALKER, et al.,                    FINDINGS AND RECOMMENDATIONS

    Defendants.
_____/

    Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 27, 2008, defendants Rustad, Naramore, Saldana and Cortes filed a motion for summary judgment. *See* Fed. R. Civ. P. 56. On October 18, 2006, the court advised plaintiff of the requirements for opposing a motion pursuant to Rule 56 of the Federal Rules of Civil Procedure. *See Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1998) (*en banc*), *cert. denied*, 527 U.S. 1035 (1999), and *Klingele v. Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988). That order also informed plaintiff of the requirements for filing an opposition to the pending motion and that failure to oppose such a motion might be deemed a waiver of opposition to the motion. Plaintiff failed to file an opposition.

////

////

1

1    On January 15, 2009, the court gave plaintiff 20 days to file an opposition or a statement of no-opposition to defendants' motion. The court also explained that Rule 41(b) of the Federal Rules of Civil Procedure authorizes the court to dismiss an action for failure to obey this court's orders and the applicable procedural rules. Plaintiff was warned that failure to file an opposition or a statement of no opposition would result in a recommendation that this action be dismissed under the authority of Rule 41(b). The 20 days have passed and plaintiff has not timely filed an opposition or statement of no opposition. Plaintiff has disobeyed the orders of this court and failed to prosecute this action. Thus, this action must be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE